II        Duplicative Claims

A complaint that merely repeats pending or previously litigated claims may be considered abusive and dismissed under the authority of 28 U.S.C. § 1915. *Cato v. United States,* 70 F.3d 1103, 1105 n.2 (9th Cir. 1995); *Bailey v. Johnson,* 846 F.2d 1019, 1021 (5th Cir. 1988). This action is duplicative of an earlier complaint filed in the United States District Court for the Eastern District of Louisiana and is therefore DISMISSED.

**CONCLUSION**

For the foregoing reasons and good cause shown, Plaintiff's action is DISMISSED. The Clerk of Court shall enter judgment on this matter and close the file.

IT IS SO ORDERED.

DATED: November 22, 2006

_____
JEFFREY S. WHITE
United States District Judge

2